UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------x

MICHAEL MURPHY, on behalf of himself
And all others similarly situated,

                                          RULE 7.1 DISCLOSURE

        Plaintiff(s),

  -against-

                                          08 Civ 6864

AFNI, INC.,

                                          (Marrero, J)

        Defendant(s).

---------------------------------------x

      Defendant, AFNI, INC., by its attorney, MEL S. HARRIS AND ASSOCIATES, LLC, alleges that the defendant has no publicly traded parent companies.

Dated: August 28, 2008

                                              *[signature]*

                                    MEL S. HARRIS AND ASSOCIATES LLC
                                    By: Arthur Sanders (as1210)
                                    Attorneys for defendant
                                    5 Hanover Square, 8th Floor
                                    New York, NY 10004
                                    212-660-1050